IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                                          PLAINTIFF

v.                                        No. 4:05-CV-01753 SWW

BOBBY L. MITCHELL, IVORY MITCHELL, JR.
WILLIAM MITCHELL, GWENDA HARRIS,
DIANA LINZY, HEIRS OF CELESTINE
PORCHAY, DECEASED; that being
LONNIE I. MITCHELL, ALEX D. LANDRUM,
JOE NATHAN LANDRUM, RAY ALAN PORCHAY,
CONNIE JO TUCKER AND PENELOPE I. LANDRUM,
All Heirs of NETTIE N. MITCHELL, Deceased, and
their Spouses, if any, STATE OF ARKANSAS, c/o
OFFICE OF CHILD SUPPORT ENFORCEMENT;
STATE OF ARKANSAS, c/o POPE COUNTY
PROSECUTOR'S OFFICE; and CITY OF
RUSSELLVILLE, ARKANSAS
                                                                                   DEFENDANTS

## JUDGMENT

Pending before the Court is the application of the plaintiff, United States of America, for default judgment together with an affidavit showing that the defendants Bobby L. Mitchell, Ivory Mitchell, Jr., William Mitchell, Gwenda Harris, Diana Linzy, Stacy Mitchell, Heirs of Celestine Porchay, Deceased; that being Lonnie I. Mitchell, Alex D. Landrum, Joe Nathan Landrum, Ray Alan Porchay, Connie Jo Tucker and Penelope I. Landrum,  All Heirs of Nettie N. Mitchell, Deceased, and their spouses if any, are not infants, incompetent persons and are not in the military service of the United States.

1.  The Court has jurisdiction over the parties and over the property which is the subject of this cause of action.

2.  The obligations due and required under the promissory note and mortgage executed by Nettie N. Mitchell, Deceased, now deceased are delinquent.  There is now due and owing to the United States of America, U.S. Department of Agriculture, Rural

Development, formerly known as Farmers Home Administration, the principal sum of $22,714.07, and interest in the sum of $4,019.91, accrued to January 13, 2005, and thereafter at the daily rate of $6.52 to date of this judgment and thereafter at the statutory rate pursuant to 28 U.S.C. §1961, plus advances and recoverable charges in the sum of $2,615.06, and the costs of this action.  Plaintiff United States of America, U.S. Department of Agriculture, Rural Development, formerly Farmers Home Administration, is hereby awarded judgment in rem against the property described herein for the above-mentioned sums.  No personal judgment having been prayed for, none is rendered.  Interest credit in the sum of $10,500.48 is subject to recapture.

3.  The above-described indebtedness due and owing to the United States of America, U.S. Department of Agriculture, Rural Development, formerly Farmers Home Administration, is secured by a mortgage recorded in the records of the Circuit Clerk and Recorder for Pope County, Arkansas, recorded January 13, 1989, in Book 15X at Pages 600-604.  Plaintiff's mortgage constitutes a first lien, which is paramount and superior to all right, title, claim, interest, estate, equity or statutory right of redemption, dower, curtesy and homestead of the defendant, and all persons claiming by or through them, in and to the following described property in Pope County, Arkansas:

> Part of the Southwest Quarter (SW 1/4) of the Northeast Quarter (NE 1/4) of Section 8, Township 7 North, Range 20 West, Pope County, Arkansas, more particularly described as follows:  Commencing at the Southeast corner of the Southwest Quarter (SW 1/4) of the Northeast Quarter (NE 1/4) of Section 8 and being marked by a Found Iron Pin; thence due North along the East line of the Southwest Quarter (SW 1/4) of the Northeast One Quarter (NE 1/4) a measured distance of 621.62 Feet to the point of beginning; thence North 86○ 03'08" West a distance of 15.78 Feet to a Found Iron Pin on the West Right-of-Way of South Jonesboro Avenue; Thence continuing North 86○03'08" West a distance of 134.22 Feet to a Found Iron Pin; Thence due North a distance of 75.00 Feet to a Set Iron Pin; Thence South 86○03'08" East a distance of 136.96 Feet to a Found Iron Pin on the West right-of-way of South Jonesboro Avenue; Thence

      continuing South 86°03'08" East a distance of 13.04 Feet to a Point on the East line of the Southwest Quarter (SW 1/4) of the Northeast Quarter (NE 1/4); thence due South a distance of 75.00 feet to the Point of Beginning. Less and except all easements and right-of-ways of record.

together with all improvements and appurtenances thereon.

    4.     If the above-described indebtedness due plaintiff United States of America is not paid within 10 days from this date, the United States Marshal is directed to sell the above-described property at public auction to the highest bidder for cash, or on a credit of 30 days, at the South front door of the Pope County Courthouse, Russellville, Arkansas. The date and time of such sale shall be fixed by the Marshal.  If purchased on credit, payment of the purchase price shall be secured by one of the following methods, at the purchaser's option:  furnish a corporate surety bond, or furnish a letter of credit from a financial institution, or post a 10% cash down payment.  The corporate surety bond and letter of credit shall be in the amount of the purchase price, plus interest at the rate of 10% per annum from date of sale, and shall be subject to the approval of the U.S. Marshal. The 10% cash down payment shall be forfeited in the event of failure to pay for the property within 30 days, in which event the Marshal shall resell the property.  In the event of a cash down payment, the purchaser shall pay interest on the balance of the purchase price at the rate of 10% per annum from date of sale.  A lien against the property shall be retained to further secure payment of the purchase money.  The property shall be sold subject to any unpaid property taxes.  If the plaintiff shall become the purchaser at such sale for a sum equal to or less than the indebtedness owed to plaintiff as of the date of sale, plaintiff may credit its bid against the amount of the debt and such credit shall be an extinguishment of the debt to the extent of such credit. The Marshal shall give notice of the sale as required by 28 U.S.C. §2002, and shall forthwith report the result of the sale to

the Court.

5. Upon the sale of the above-described real property, all right, title, claim, interest, estate and equity or statutory right of redemption, and all rights of homestead, curtesy and dower of all of the defendants herein, and each of them, and all persons claiming by or through them, in and to said property and every part thereof shall from that date be foreclosed and forever barred.

6. The purchaser at said sale shall be given possession upon demand and the Clerk of this Court is hereby authorized and directed to issue writs of assistance to the United States Marshal for the Eastern District of Arkansas, who will proceed to place the purchaser in possession of said property.

7. The defendants, Bobby Mitchell, Ivory Mitchell, Jr., William Mitchell, Gwenda Harris, Diana Linzy, Stacy Mitchell, Heirs of Celestine Porchay, Deceased that being Lonnie I. Mitchell, Alex D. Landrum, Joe Nathan Landrum, Ray Alan Porchay, Connie Jo Tucker, Penelope I. Landrum, their Spouses, if any, All Heirs of Nettie N. Mitchell, Deceased, State of Arkansas, Pope County Prosecutor and State of Arkansas, Child Support Enforcement Unit have all been properly served with the Complaint and Summons, have not filed an answer and are in default.

The City of Russellville, AR, by the City Attorney, filed an answer dated 12/5/05 and consents to judgment in rem. Any lien or interest held or claimed by these defendants are subordinate and inferior to the Plaintiff's mortgage and are hereby foreclosed.

8. The sale proceeds, after expenses of sale, shall be paid to the plaintiff United States of America to the extent of the indebtedness owed to the United States of America, U.S. Department of Agriculture, Rural Development, formerly Farmers Home Administration. Any surplus shall be retained by the U.S. Marshal subject to further

orders of the Court.

      9.  The Court retains jurisdiction of this cause for the making of such further orders as may be necessary to effectuate this judgment.

      DATED this 17th day of April, 2006.

      <u>/s/Susan Webber Wright</u>

      UNITED STATES DISTRICT JUDGE

/s/ William F. Smith, III
_____
William F. Smith, III
City Attorney
P.O. Box 428
Russellville, AR 72811

Attorney for the City of Russellville, AR